UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SHEHBAZ SINGH,

      Petitioner,

      v.

TODD BLANCHE, in his official capacity as Acting Attorney General; et al.,

      Respondents.

No. 5:26-cv-01682-ADS

**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS**

Before the Court is a 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus. (ECF 1.)  After reviewing the pleadings and the evidence therein, IT IS ORDERED that the unopposed Petition for Writ of Habeas Corpus is hereby GRANTED.  Respondents are ORDERED to immediately release Petitioner from immigration detention.

Dated: April 30, 2026

         /s/ Autumn D. Spaeth
      HONORABLE AUTUMN D. SPAETH
      United States Magistrate Judge

1