JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEHBAZ SINGH,<br><br>      Petitioner,<br><br>      v.<br><br>TODD BLANCHE, in his official capacity as Acting Attorney General; et al.,<br><br>      Respondents. | No. 5:26-cv-01682-ADS<br><br>**JUDGMENT** |

The Court issued an order (the "Order"), granting the 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus (Dkt. 1), ordering immediate release.  Respondents preserve their objections to the merits of such a judgment granting the Petition and the Order that it is based upon, however, for the purposes of potential appeal.

Dated: <u>April 30, 2026</u>

<u>     /s/ Autumn D. Spaeth     </u>
HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge